AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

F I L E D
FEB 27 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**UNDER SEAL**

| | |
|---|---|
| United States of America<br>v.<br>GERHARD H. BAUER<br><br>Defendant(s) | Case No.<br>1:20-MJ-89 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 27, 2017__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Scanzera, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/27/2020__

City and state: __Alexandria, VA__

_____/s/_____
**Ivan D. Davis**
**United States Magistrate Judge**